**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:08-CR-240-T-17-TBM

CORY HULSE
_____/

**ORDER**

This cause comes before the Court on the defendant's emergency motion to provide the defendant medical relief (Docket No. 65). The Court has reviewed the motion, and finds it well taken. Accordingly, it is.

**ORDERED** that defendant's emergency motion for medical care (Docket No. 65) be **granted** and the U.S. Marshal is directed to immediately and forthwith transport the Defendant to an orthopedic surgeon for evaluation and treatment. The U.S. Marshal is directed to provide the Court with a written report by tomorrow, April 27, 2011, by 9:00 a.m.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 26th day of April, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
　　　　　　　　　　U.S. Marshal Office